UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: THE COMPLAINT OF RUSSELL COREY ROBERTS FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY | Case No. 21-cv-1821-MMA (LL)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER:**<br>**(1) APPROVING STIPULATION FOR VALUE AND COSTS AND LETTER OF UNDERTAKING;**<br>**(2) DIRECTING MONITION TO ISSUE AND RESTRAINING ALL SUITS; AND**<br>**(3) DIRECTING EXECUTION OF MONITION AND PUBLICATION OF NOTICE**<br><br>[Doc. No. 2] |

Plaintiff-in-Limitation Russell Corey Roberts ("Plaintiff-in-Limitation"), owner of a certain 1989 Four Winns Boats 22' Runabout bearing the Hull Identification Number 4WNML144D989, and her engines, tackle, appurtenances, etc. (the "Vessel") filed a Complaint on October 26, 2021.  *See* Doc. No. 1.  Plaintiff-in-Limitation seeks exoneration from, or limitation of, liability under the Limitation of Liability Act, 46 U.S.C. §§ 30501–30512 (the "Act"), for all claims arising out of, resulting from, or in any way connected with a collision involving a jet ski on August 8, 2020 on Mission Bay

in San Diego, California (the "Incident). *See id.* ¶¶ 6, 10. Plaintiff-in-Limitation states that his interest in the Vessel after the Incident is $5,500. *See id.* ¶ 24; *see also* Doc. No. 2 at 6.[1] Plaintiff-in-Limitation now brings an ex parte application seeking an order: (1) approving stipulation for value and costs and letter of undertaking; (2) directing monition to issue and restraining all suits; and (3) directing execution of monition and publication of notice. *See* Doc. No. 2. Plaintiff-in-Limitation has also filed a stipulation for value and costs and letter of undertaking in the amount of $5,500.00 plus interest at the rate of 6% per annum on the sum and $500.00 for costs. *See* Doc. No. 2-1. The Court **GRANTS** the ex parte application.

**IT IS HEREBY ORDERED** that Plaintiff-in-Limitation's Stipulation for Value and Costs and Letter of Undertaking are approved. The Court finds that the Stipulation for Value and Costs and Letter of Undertaking satisfy the requirements of Section 30511(b) of the Act, Supplemental Rule F(1), Local Admiralty Rule F.1, and established admiralty jurisprudence and practice.

**IT IS FURTHER ORDERED** that pursuant to Supplemental Rules F(4) and F(5), that a monition to issue out of and under the seal of this Court to all individuals and entities asserting any claim with respect to which the Complaint seeks exoneration from, or limitation of, liability, admonishing them to appear and answer the allegations of the Complaint, and to file their claims, with the Clerk of the Court at the United States Courthouse and to serve a copy thereof on the attorneys for Plaintiff-in-Limitation, Neil S. Lerner and Mitchell Shane Griffin of Cox, Wootton, Lerner, Griffin & Hansen, LLP, at 12011 San Vicente Blvd., Suite 600, Los Angeles, California 90049, on or before <u>30 days after the filing of this Order</u>, or be deemed in contumacy and default.

**IT IS FURTHER ORDERED** that pursuant to Section 30511(c) of the Act and Supplemental Rule F(3), that the commencement and further prosecution of any claims,

---

[1] All citations to electronically filed documents refer to the pagination assigned by the CM/ECF system.

actions, or proceedings against Plaintiff-in-Limitation or their property related to the claims with respect to which the Complaint seeks exoneration from, or limitation of, liability, are stayed and restrained until the hearing and final determination of this proceeding.

**IT IS FURTHER ORDERED** that Plaintiff-in-Limitation must, pursuant to Supplemental Rules F(4) and F(5), notify and admonish all individuals and entities asserting claims with respect to which the Complaint seeks exoneration from, or limitation of, liability to appear and answer the allegations of the Complaint, and to file their claims, with the Clerk of the Court, on or before <u>30 days after the filing of this Order</u>, or be deemed in contumacy and default.

**IT IS FURTHER ORDERED** that Plaintiff-in-Limitation must, pursuant to Supplemental Rule F(4) and CivLR 83.7, publish, or cause to be published, in *The San Diego Union Tribune*, a notice substantially in the form as the Notice of Complaint in Admiralty for Exoneration from, or Limitation of, Liability and include the date fixed above for the filing of claims and answers once in each week for four (4) successive weeks prior to said date.

**IT IS FURTHER ORDERED** that Plaintiff-in-Limitation must, pursuant to Rule F(4) of the Supplemental Rules and not later than the date of the second publication, mail the aforementioned notice to every individual and entity known to be asserting claims with respect to which the Complaint seeks exoneration from, or limitation of, liability.

**IT IS FURTHER ORDERED** that the publication and mailing of the notice as ordered herein shall constitute due notice to all individuals and entities asserting claims with respect to which the Complaint seeks exoneration from, or limitation of, liability.

**IT IS SO ORDERED**.

Dated:  November 3, 2021

HON. MICHAEL M. ANELLO
United States District Judge