# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: THE COMPLAINT OF RUSSELL COREY ROBERTS FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY | Case No. 21-cv-1821-MMA (LL)<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ENTER DEFAULT**<br><br>[Doc. No. 8] |

Plaintiff-in-Limitation Russell Corey Roberts ("Plaintiff-in-Limitation"), owner of a certain 1989 Four Winns Boats 22' Runabout bearing the Hull Identification Number 4WNML144D989, and her engines, tackle, appurtenances, etc. filed a Complaint on October 26, 2021 pursuant to the Limitation of Liability Act, 46 U.S.C. §§ 30501–30512. *See* Doc. No. 1.  Plaintiff-in-Limitation now seeks the entry of default and default judgment against all possible claimants, known and unknown, including Anthony Javier Diaz, who did not file and serve their claims and answers on or before December 3, 2021, with the exception of potential claimants Dakari Kennedy, Daylen Kennedy, Onisika Kennedy, and DaNaya Tarver.  *See* Doc. No. 8.

Having reviewed Plaintiff's counsel's declaration in support of the motion, *see* Doc. No. 8-1, and proof of publication, *see* Doc. No. 8-2, the Court **GRANTS** the request

and **DIRECTS** the Clerk of Court to enter default pursuant to Federal Rule of Civil Procedure 55(a) against all possible claimants, known and unknown, including Anthony Javier Diaz, who have not filed and served their claims and answers, with the exception of potential claimants Dakari Kennedy, Daylen Kennedy, Onisika Kennedy, and DaNaya Tarver. The Court will issue a separate Order on Plaintiff-in-Limitation's motion for default judgment in due course.

**IT IS SO ORDERED**.

Dated:  December 2, 2022

HON. MICHAEL M. ANELLO
United States District Judge